IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEE ANDREW SAULSBERRY                                                                         PLAINTIFF
ADC #095188

v.                           Case No. 4:17-cv-431 KGB

MARK PATE, *et al.*                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this date, the Court dismisses this action.

It is so adjudged this the 12th day of October, 2017.

_____
Kristine G. Baker
United States District Judge